State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

RENA QUICK, Appellant, v. THE TIOGA COUNTY PATRONS' FIRE RELIEF ASSOCIATION, Respondent.— Judgment reversed upon the law, and new trial granted, with costs to the appellant to abide event; and order reversed, with ten dollars costs and disbursements, upon the ground that the court had no power upon the trial or elsewhere to amend the stipulation made by the parties, the proper practice being to move at Special Term before trial to be relieved from the stipulation upon such terms as are just and to present sufficient reasons for the granting of such relief.   All concur.

Before STATE INDUSTRIAL BOARD, Respondent.   GEORGE D. REYNOLDS, Claimant, Respondent, v. SACANDAGA LUMBER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

AARON RICE, Respondent, v. CITY OF KINGSTON, Appellant.— Judgment and order unanimously affirmed, with costs.

MABEL R. RACE, Appellant, v. CITY OF ALBANY and Another, Respondents.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent.   VIOLA SARLI (SALLY), Claimant, Respondent, v. PETER GIANAKOUROS and Another, Appellants.— Motion denied.

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, v. MARYLAND CASUALTY COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

SCHENECTADY SAVINGS BANK, Appellant, v. EDGAR T. BRACKETT, Appellant, and SCHENEDTADY HOLDING CO., INC., Respondent, Impleaded with Others, Defendants.— Motions denied.

Before STATE INDUSTRIAL BOARD, Respondent.   HARRY E. SMITH, Claimant, Respondent, v. JOHN W. SNYDER, JR., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.   MAMIE TAYLOR, Claimant, Respondent, v. TEBO YACHT BASIN COMPANY and Another, Appellants.— Motion denied.

CHRISTOPHER TEN HAGEN, Appellant, v. BENJAMIN TEN HAGEN, as Sole Surviving Executor, etc., of JOHN D. TEN HAGEN, Deceased, and Others, Defendants, Impleaded with CHARLES P. DICKINSON, Respondent.— Judgment unanimously affirmed, without costs.

JOHN B. TROMBLY and Another, Respondents, v. WILLIAM DAME and Another, Appellants.— Judgment unanimously affirmed, with costs.

ROBERT WEIGEL and Another, Respondents, v. LESLIE COOK and Another, Appellants.— Motion granted.

WILLIS G. C. WOOD, Appellant, v. TOWN OF WHITEHALL, Respondent.— Judgment unanimously affirmed, with costs, on the opinion of Angell, J., at Special Term.   [Reported in 120 Misc. Rep. 124.]

IRVING YOST, Appellant, v. HELEN YOST, Respondent.— Judgment and order unanimously affirmed, with costs.